In the Matter of YACHSKEL MICHAEL GOLDMAN, Petitioner, v GREGORY L. LASAK et al., Respondents. [992 NYS2d 440]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondents to "comply with CPL 190.50 (6)" in connection with the prosecution of a criminal action entitled *People v Goldman,* commenced in the Supreme Court, Queens County, under docket No. 2012QN016484.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). The act that the petitioner seeks to compel does not involve a mere ministerial duty, nor has the petitioner demonstrated a clear legal right to the relief sought in the context of a grand jury proceeding. Skelos, J.P., Dickerson, Austin and Duffy, JJ., concur.